DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL S. BALDONI,**
Appellant,

v.

**RYAN GAVULIC,**
Appellee.

No. 4D19-2088

[March 19, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stefanie C. Moon, Judge; L.T. Case No. 18-7195 DVCE (63).

David M. Scott of the Florida Family Law Clinic, LLC, Fort Lauderdale, for appellant.

Rebecca A. Rodriguez of Gray│Robinson, P.A., Fort Lauderdale; Shannon M. West of New Horizons Law, P.A., Coral Springs; and Jonathan Axel of Legal Aid Service of Broward County, Inc., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***